UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                              Plaintiff,

              -against-

A1559749699-1, ET AL.,

                              Defendants.

20-cv-4679 (MKV)

------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                              Plaintiff,

            -against-

1TREE OUTDOOR STORE, ET AL.,

                              Defendants.

20-cv-4680 (MKV)

------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                              Plaintiff,

            -against-

ANTIKER, ET AL.,

                              Defendants.

20-cv-4681 (MKV)

------------------------------------------------------------

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., | |
| Plaintiff, | |
| | 20-cv-4682 (MKV) |
| -against- | |
| ABCHOUSE, ET AL., | |
| Defendants. | |

-----------------------------------------------------------------------

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., | |
| Plaintiff, | |
| | 20-cv-4683 (MKV) |
| -against- | |
| | **ORDER TO UNSEAL** |
| BERNARD.HK, ET AL., | |
| Defendants. | |

-------------------------------------------------------------------

The Court orders that the above-referenced actions be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  21  day of  July , 2020, at  4:00  p.m.
New York, New York

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE